In the Matter of the Accounting of BROOKLYN TRUST COMPANY et al., as Trustees under the Will of EURETTA J. SCHLEGEL, Deceased, Respondents. TRUSTEES OF COLUMBIA UNIVERSITY, Appellant; AGNES K. BOWER, Individually and as Executrix of SIBYL M. BOWER, Deceased, et al., Respondents.

Argued March 1, 1951; decided April 13, 1951.

*William J. O'Shea, John Godfrey Saxe* and *Henry J. Kennedy* for appellant.

*Nathaniel Rubin* and *Clarence J. Drake* for Agnes K. Bower and others, respondents.

Decree affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, FULD and FROESSEL, JJ.; LEWIS, DESMOND and DYE, JJ., dissent and vote for reversal in the following memorandum: When the will is read as a whole, it is clear that the testatrix intended a ratable distribution of the remainder of the Sibyl M. Bower trust among the named beneficiaries. (*Matter of Low,* 232 App. Div. 414, affd. 257 N. Y. 613; *Matter of Knickerbocker,* 255 App. Div. 309, affd. 280 N. Y. 560.)